# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

| | |
|---|---|
| AARON L. CROSSFIELD | Case Number 12-10595 |
| GINA L. CROSSFIELD | Chapter 13 |
| **Debtor(s)** | |

## ORDER SETTING ASIDE DISCHARGE

The Court finds that inadvertently and due to clerical error an Order of Discharge was entered in the above captioned case on April 18, 2013.

**IT IS, THEREFORE, ORDERED BY THE COURT** that the Order of Discharge entered April 18, 2013 is set aside.

**Dated:** April 23, 2013

s/ Robert E. Nugent
**Robert E. Nugent**
**U. S. Bankruptcy Judge**